# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: JAMES EDWARD MCCRIMON	CHAPTER 13 NO: 17-02095-JAW

## TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS

PLEASE TAKE NOTICE that the above-referenced Debtor(s) have made all plan payments required to complete the confirmed Chapter 13 plan, filed in the above-styled and numbered bankruptcy proceeding.

Respectfully Submitted, this the **7th** day of **October 2022.**

/s/James L. Henley, Jr.
James L. Henley, Jr.
Chapter 13 Trustee
P. O. Box 31980
Jackson, MS 39286
Tel: 601-981-9100
Fax: 601-981-9888