## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                       **CHAPTER 13:**

**JAMES EDWARD MCCRIMON**                 **CASE NO. 17-02095-JAW**

### TRUSTEE'S MOTION FOR AN ORDER DECLARING OCWEN LOAN SERVICING, LLC 1322(B) (5) CLAIM DEFAULTS CURED PURSUANT TO THE PROOF OF CLAIM FILED ON OCTOBER 10, 2017

COMES NOW, Trustee James L. Henley, Jr., and files this, his Motion for an Order Declaring the claim held by the following named creditor as current and all pre-petition arrearage cured pursuant to the Proof of Claim filed on October 10, 2017 and in support thereof, would show unto the Court the following:

        Creditor:      Ocwen Loan Servicing, LLC
                           Bankruptcy Department
                           P.O. Box 24605
                           West Palm Beach, FL 33416

1. The Court confirmed the Debtor's case on August 18, 2017.

2. The confirmed plan provided for the regular payment to Ocwen Loan Servicing, LLC beginning July 2017 in the amount of $725.00 to be paid inside the plan.

3. The Proof of Claim filed by Ocwen Loan Servicing, LLC provided for a monthly payment of $730.00 through the plan beginning July 2017.

4. The Proof of Claim filed by Ocwen Loan Servicing, LLC identified pre-petition arrearage in the amount of $5,887.00 payable via the plan.

5. All payments required by the Trustee via the Proof of Claim have been paid in full and Ocwen Loan Servicing, LLC should be deemed current through August 2022.

**WHEREFORE, PREMISES CONSIDERED**, Trustee prays this Motion Declaring Claim Defaults Cured be received and filed and at the hearing hereon an Order be entered declaring the obligation owing to the above named creditor is deemed current through August 2022 pursuant to the Proof of Claim filed by the creditor and all defaults are cured, and for such other, further, and general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: December  , 2022                Respectfully submitted,

/s/ James L. Henley, Jr.
James L. Henley, Jr., MSB # 9909
CHAPTER 13 TRUSTEE
P. O. Box 31980
Jackson, MS 39286
Ofc: (601) 981-9100
Fax: (601) 981-9888
jlhenley@jlhenleych13.net

## CERTIFICATE OF SERVICE

I, James L. Henley, Jr., do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Motion to the following, all by electronic, ECF filing, to: Ron McAlpin, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

Thomas Carl Rollins, Jr. Esq.
trollins@therollinsfirm.com

Ocwen Loan Servicing, LLC
Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL 33416

LOGS Legal Group, LLP
1080 River Oaks Dr. STE. B-202
Flowood, MS 39232

McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076

James Edward McCrimon
209 Jefferies Dr.
Pearl, MS 39208

Ocwen Loan Servicing, LLC
Attn: Cashiering Dept.
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

DATED: December    , 2022

/s/ James L. Henley, Jr.
James L. Henley, Jr